UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUSO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUST BORN, INC., A PENNSYLVANIA CORPORATION; DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendant. | Case No. 3:17-cv-01630-JAH-JMA<br><br>**ORDER GRANTING STIPULATION/JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

The Court has received and reviewed the Stipulation/Joint Motion of Plaintiff Anthony Buso ("Plaintiff") and Defendant Just Born, Inc. ("Just Born") seeking to extend the time for Just Born to respond to Plaintiff's Complaint to October 14, 2017.

Based on the Stipulation/Joint Motion and GOOD CAUSE APPEARING, it is hereby ordered that Just Born shall respond to Plaintiff's Complaint by October 14, 2017.

IT IS SO ORDERED.

Dated:  September 14, 2017

_____
Hon. John A. Houston
United States District Court Judge