PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff
Anthony Buso

**LEWIS BRISBOIS BISGAARD &SMITH LLP**
ERIC Y. KIZIRIAN, SB# 210584
E-Mail: Eric.Kizirian@lewisbrisbois.com
LEO A. BAUTISTA, SB# 149889
E-Mail: Leo.Bautista@lewisbrisbois.com
JOSEPHINE BROSAS, SB# 239342
E-Mail: Josephine.Brosas@lewisbrisbois.com
YANGYANG LI, SB# 298208
E-Mail: Travis.Li@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
Attorneys for Defendant Just Born, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY BUSO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JUST BORN, INC., a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-01630-JAH-JMA<br><br>**JOINT MOTION FOR DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

TO THE COURT AND ALL PARTIES:

Plaintiff Anthony Buso and Defendant Just Born, Inc. hereby jointly request that the Court dismiss this Action without prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear its own fees and costs.

Date: October 18, 2017

Respectfully submitted,

PACIFIC TRIAL ATTORNEYS
A Professional Corporation

By: *\/s/Scott J. Ferrell*
Scott J. Ferrell
Attorneys for Plaintiff

LEWIS BRISBOIS BISGAARD &SMITH LLP

By: *\/s/Eric Y Kizirian*
Eric Y. Kizirian
Attorneys for Defendant

I, Scott J. Ferrell, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.

*\/s/ Scott J. Ferrell*
Scott J. Ferrell

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2017, I electronically filed the foregoing **JOINT MOTION FOR DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell, Esq.*

Scott J. Ferrell, Esq.